■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON LOVETT, Appellant. [794 NYS2d 655]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered January 14, 2002, convicting him of assault in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court improperly ruled after a *Sirois* hearing (*see Matter of Holtzman v Hellenbrand,* 92 AD2d 405 [1983]) that he could not introduce prior grand jury testimony at trial to impeach the complainant's subsequent grand jury testimony is without merit (*see People v Geraci,* 85 NY2d 359, 366 [1995]; *People v Pace,* 300 AD2d 1071, 1072 [2002]; *People v Sime,* 254 AD2d 183, 184 [1998]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Crane, Mastro and Spolzino, JJ., concur.